# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| KANE SHERMAN,<br><br>                      Plaintiff,<br><br>vs.<br><br>AMERICAN ORDNANCE LLC,<br><br>                      Defendant. | Court File No. 3:20-cv-73<br><br>**NOTICE OF REMOVAL** |

Defendant American Ordnance, LLC ("Defendant"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, hereby files this Notice of Removal of the above-captioned action from the Iowa District Court In and For Des Moines County to the United States District Court for the Southern District of Iowa, Eastern Division. In support of this Notice of Removal, Defendant avers as follows:

1. Plaintiff Kane Sherman ("Sherman") commenced a civil action by filing a Complaint on or about August 17, 2020, against Defendant in the Iowa District Court In and For Des Moines County, styled *Kane Sherman v. American Ordnance LLC*, Civ. A. No. LALA005399 ("State Court Action"). A true and correct copy of the Complaint is attached to this Notice as Exhibit A.

2. The State Court Action purports to state claims for failure to accommodate and disability discrimination under the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12112 *et seq.* (as amended). (Compl., ¶¶ 7-24).

3. Defendant received the State Court Action via process server on August 20, 2020. A true and correct copy of the Service of Process Transmittal enclosing the Complaint is attached to this Notice as Exhibit B.

4. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal has been timely filed by Defendant within thirty (30) days after the receipt of notice of the Complaint.

5. 28 U.S.C. §1331 provides that district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treatises of the United States.

6. Under 28 U.S.C. §1441(a), Defendant may remove to federal court "any civil action brought in State court of which the district courts of the United States have original jurisdiction . . ."

7. This is a civil action, which arises out of Plaintiff's employment with Defendant, in which Plaintiff expressly alleges a single claim for relief under the ADA.

8. The ADA is a federal statute, which prohibits discrimination against persons with disabilities. *See* 42 U.S.C. § 12101 *et seq.*

9. As such, this Court has original jurisdiction under Section 1331 of this case as "arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331; *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987) (federal jurisdiction exists when federal question presented on face of plaintiff's complaint).

10. By reason of the foregoing and pursuant to 28 U.S.C. §§ 1441(a), Defendant desires and is entitled to have this case removed from the Iowa District Court In and For Des Moines County to the United States District Court for the Southern District of Iowa, Eastern Division.

11. Therefore, this Court is the District Court of the United States for the district and division embracing the place where this action is currently pending, as required by 28 U.S.C. § 1441(a) and 28 U.S.C. § 95(a)(1).

12. This Notice of Removal is timely as it is made within thirty (30) days of service on Defendant, on August 20, 2020.  28 U.S.C. § 1446(b); *Murphy Bros., Inc. v. Michetti Pipe*

*Stringing, Inc.*, 526 U.S. 344 (1999) (time to remove does not begin to run until proper service of the summons and complaint).

13. True and correct copies of this Notice of Removal are being promptly filed with the Iowa District Court In and For Des Moines County and served this date upon counsel of record.

14. Defendant reserves the right to submit further evidence supporting this Notice should Sherman move to remand.

WHEREFORE, Defendant requests that this case be removed to the United States District Court for the Southern District of Iowa, Eastern Division, that this Court accept jurisdiction of this action and that this action be henceforth placed on the docket of the Court for all further proceedings as though the same action had been originally instituted and commenced in this Court.

Dated: September 8, 2020

*s/ Susan Fitzke*
Susan Fitzke (AT0012102)
SFitzke@littler.com
**LITTLER MENDELSON, P.C.**
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136
Telephone: 612.313.7642

**ATTORNEYS FOR DEFENDANT
AMERICAN ORDNANCE, LLC**

---

**Proof of Service**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on September 8, 2020 by:

☐ Hand Delivered       ☒ United States mail
☐ Federal Express      ☒ Other (Email)

Signature: *s/ Susan Fitzke*