# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | | |
|---|---|---|
| **KANE SHERMAN**, | * | Civil No. 3:20-cv-00073-RGE-SHL |
| Plaintiff, | * | |
| v. | * | **STIPULATION OF DISMISSAL** |
| | * | **WITH PREJUDICE** |
| **AMERICAN ORDNANCE LLC**, | * | |
| Defendant. | * | |

**COME NOW** the parties to this action, by and through their respective undersigned counsel, and stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1) that the above-captioned action is dismissed in its entirety with prejudice, with each party responsible for its own costs and attorneys' fees.

Respectfully Submitted,

| | |
|---|---|
| **LITTLER MENDELSON, P.C.** | **LEGRANT LAW FIRM, P.C.** |
| */s/ Rachel Fendell Satinsky* | */s/ Andrew L. LeGrant* |
| Rachel Fendell Satinsky (*Pro Hac Admission*) | Andrew L. LeGrant, Esq. (AT0008908) |
| Susan Fitzke (AT0012102) | alegrant@legrantlaw.com |
| Aaron J. Creuz (*Pro Hac Admission*) | **LEGRANT LAW FIRM, P.C.** |
| **LITTLER MENDELSON, P.C.** | 2900 100th Street, Suite 304 |
| Three Parkway, Suite 1400 | Urbandale, IA 50322 |
| 1601 Cherry Street | Telephone: 515-331-6500 |
| Philadelphia, PA 19102 | |
| (267) 402-3071 (t) | **ATTORNEY FOR PLAINTIFF** |
| rsatinsky@littler.com | |
| sfitzke@littler.com | |
| acreuz@littler.com | |

**ATTORNEYS FOR DEFENDANT**

Original filed.

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on June 9, 2021.

By: _____ U.S. Mail           _____ Facsimile
    _____ Hand Delivered      _____ Overnight Courier
    _____ Certified Mail      __X__ Other: CM/ECF

Signature  /s/Andrew L. LeGrant